

Case 2:17-cv-06361-WHW-CLW   Document 1   Filed 08/23/17   Page 1 of 6 PageID: 1

**LAW OFFICE OF JOHN P. MCGOVERN, LLC**
45 Bleeker Street
Newark, New Jersey 07102
Tel: (973) 242-3330
Fax: (973) 242-3353
Bar ID No. 034071993
Attorney for Plaintiff, Mary Lucido

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 AUG 22 P 12: 54

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY LUCIDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC., SYED M. AHMED, AMERICAN TRANSIT INSURANCE COMPANY, JOHN DOE (1-10) and ABC CORP. (1-10),<br><br>　　　　　Defendants. | Civil Action No.<br><br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Mary Lucido, residing at 233 Irving Place, in the town of Basking Ridge, county of Somerset, and State of New Jersey, by way of Complaint and Jury Demand against the Defendants herein, says:

### JURISDICTION

1. Plaintiff is a resident of the State of New Jersey and Defendant, Uber Technologies, Inc., is a corporation incorporated under the laws of the State of Delaware. The matter in controversy exceeds, exclusive of interest and costs, the sum of $ 75,000.00.

2. Plaintiff is a resident of the State of New Jersey and Defendant, Syed M. Ahmed, is a resident of the State of New Jersey. The matter in controversy exceeds, exclusive of

interest and costs, the sum of $75,000.00.

3. Plaintiff is a resident of the State of New Jersey and Defendant, American Transit Insurance Company, was a business licensed to sell insurance throughout the State of New York and is required to be provide medical benefits to Plaintiff.

4. Thus, this Court has jurisdiction over this matter under 28 U.S.C. §1332.

## PARTIES

1. Plaintiff, Mary Lucido, is a citizen and resident of the City of Basking Ridge, County of Somerset, State of New Jersey and the United States of America.

2. Defendant, Uber Technologies, Inc., at all times relevant hereto, was a corporation incorporated under the laws of Delaware doing business in the State of New York.

3. Defendant, Syed M. Ahmed, is a citizen and resident of the City of Paterson, State of New Jersey, and the United States of America.

4. Defendant, the American Transit Insurance Company, at all time relevant hereto, was a corporation incorporated in the State of New York, licensed to sell insurance.

## FIRST COUNT

1. On or about December 10, 2016, at approximately 1:35 a.m., Plaintiff Mary Lucido ("Lucido") attempted to enter a vehicle being driven by Defendant Syed M. Ahmed ("Ahmed"), a driver for Defendant Uber Technologies, Inc., at 888 8th Avenue, New York, New York 10119, when Defendant Ahmed suddenly and without warning began to drive away, running over Plaintiff's ankle and foot.

2. At the aforesaid time and place, Defendant Ahmed was the owner and operator of 2014 Toyota sedan, which Defendant Ahmed operated in a negligent, careless and reckless

manner, causing the vehicle to run over Plaintiff's foot and ankle, resulting in substantial injury.

3. As a direct and proximate result of the aforesaid negligence, gross negligence, and recklessness of Defendants herein, Plaintiff Mary Lucido was caused to suffer severe and permanent injuries; has suffered and still in the future will suffer great pain; was required to obtain medical attention and treatment; and is prevented from engaging in normal activities and pursuits; and as a further direct and proximate result of the aforesaid negligence of Defendants herein, Plaintiff has been disabled and in the future will be disabled and not able to perform Plaintiff's usual business and occupational functions; and has been caused and in the future will be caused great pain, suffering, mental anguish and medical expenses, all to Plaintiff's great loss and damage.

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages including but not limited to: compensatory damages; costs of suit; interest; and such other relief as the Court deems just and appropriate.

## SECOND COUNT

1. Plaintiffs repeat, reallege and reaffirm all of the allegations contained in the First Count of this Complaint as if the same were set forth at length herein.

2. At all times mentioned herein, Defendant Uber Technologies, Inc. was a business incorporated under the laws of the State of Delaware and was doing business in the State of New York.

3. At the time of the accident, Defendant Ahmed was operating the motor vehicle in question in the course of his duties as a driver for Uber Technologies, Inc.

4. As a direct and proximate result of the motor vehicle accident that occurred on December 10, 2016, between Plaintiff and Defendant Ahmed, a driver for Uber Technologies, Inc., Plaintiff incurred expenses and suffered physical and mental anguish.

5. At all times mentioned herein, medical bills incurred by the Plaintiff as a result of this accident remain due and owing.

**WHEREFORE**, Plaintiff demands judgment against Defendant, Uber Technologies, Inc. for damages including but not limited to: medical bills, compensatory damages; punitive damages and costs of suit; interest; and such other relief as the Court deems just and appropriate.

## THIRD COUNT

1. Plaintiffs repeat, reallege and reaffirm all of the allegations contained in the First and Second Counts of this Complaint as if the same were set forth at length herein.

2. On or about December 10, 2016, at approximately 1:35 a.m., Plaintiff Mary Lucido ("Lucido") attempted to enter a vehicle being driven by Defendant Syed M. Ahmed ("Ahmed"), a driver for Defendant Uber Technologies, Inc., at 888 8th Avenue, New York, New York 10119, when Defendant Ahmed suddenly and without warning began to drive away, running over Plaintiff's ankle and foot.

3. At the aforesaid time and place, Defendants JOHN DOE 1-10/ABC CORP 1-10 operated their motor vehicle in a negligent, careless and reckless manner causing their vehicle to run over Plaintiff's ankle and foot.

4. As a direct and proximate result of the aforesaid negligence of Defendants herein, Plaintiff was caused to suffer severe and permanent injuries; has suffered and will in the future suffer great pain; was required to obtain medical attention and treatment; and was prevented from engaging in normal activities and pursuits; and as a further direct and

proximate result of the aforesaid negligence of Defendants JOHN DOES 1-10/ABC CORP 1-10 herein, Plaintiff has been disabled and in the future will be disabled and not able to perform Plaintiff's usual business and occupational functions; and has been caused and in the future will be caused great pain, suffering, mental anguish and medical expenses, all to Plaintiff's great loss and damage.

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages including but not limited to: compensatory damages; costs of suit; interest; and such other relief as the Court deems just and appropriate attorney's fees.

## FOURTH COUNT

1. Plaintiffs repeat, realleges and reaffirm all of the allegations contained in the First, Second, and Third Counts of this Complaint as if the same were set forth at length herein.

2. At all times mentioned herein, Defendant American Transit Insurance Company was a business licensed to sell insurance throughout the State of New York.

3. At the time of the accident, the vehicle Defendant was operating was insured by American Transit Insurance Company. Thus, Plaintiff is entitled to personal injury protection under the insurance policy issued by American Transit Insurance Company, pursuant to the State of New York Insurance Regulations.

4. As a direct and proximate result of the aforesaid motor vehicle accident that occurred on December 10, 2016 between Plaintiff and Defendant Ahmed, Plaintiff incurred medical expenses and are entitled to the personal injury protection benefits and payment of medical bills for all medical treatment which was deemed medically

necessary, under said policy.

5. At all times mentioned herein, medical bills incurred by the Plaintiffs as a result of this accident remain due and owing.

**WHEREFORE**, Plaintiff(s) demand judgment against Defendant, American Transit Insurance Company, for damages including but not limited to: medical bills, compensatory damages, cost of suit, interest, and other such relief as the Court deems just and appropriate.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as on all issued herein presented.

Dated: August 22, 2017

                                                                                                          _____
                                                                                                          John P. McGovern, Esq.
                                                                                                          Attorney for Plaintiff