LAW OFFICE OF JOHN P. MCGOVERN, LLC.
45 Bleeker Street
Newark, New Jersey 07102
Tel: (973) 242-3330
Fax: (973) 242-3353
Bar ID No. 034071993
Attorney for Plaintiff, Mary Lucido

| | |
|---|---|
| MARY LUCIDO, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | DOCKET NO. 2:17-cv-06361-CLW |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | **NOTICE OF MOTION FOR VOLUNTARY DISMISSAL** |
| Defendant. | |

**TO:** Charles M. Hammer, Esq.
Two Executive Drive, Suite 725
Fort Lee, New Jersey 07024
(201) 461-2327

Suna Lee, Esq.
Wilson Elser Moskowitz Edelman Dicker, LLP
200 Campus Drive
Florham Park, New Jersey 07932
(973) 624-0800

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned attorney for Plaintiff, Mary Lucido, shall move before the Honorable Cathy L. Waldor, J.S.C., in the United States District Court for the District of New Jersey, at Martin Luther King Jr. Building & U.S. Courthouse, 50 Walnut Street, Room MLK 4C, Newark, New Jersey, for a voluntary dismissal of the complaint, pursuant to R. 41 of the Federal Rules of Civil Procedure. The Defendant shall rely upon the attached certification and oral argument of counsel at the time of the Motion.

_____
John P. McGovern, Esq.
Attorney for Plaintiff

DATED: April 4, 2018