**LAW OFFICE OF JOHN P. MCGOVERN, LLC.**
45 Bleeker Street
Newark, New Jersey 07102
Tel: (973) 242-3330
Fax: (973) 242-3353
Bar ID No. 034071993
Attorney for Plaintiff, Mary Lucido

| | |
|---|---|
| MARY LUCIDO, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| v. | DOCKET NO. 2:17-cv-06361-CLW |
| UBER TECHNOLOGIES, INC., et al., | **ORDER** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by John P. McGovern, Esq., attorney for the Plaintiff, Mary Lucido, and the Court having heard testimony and arguments of counsel, and having considered the Plaintiff's motion to dismiss the complaint and corresponding certification, and for good cause having been shown;

**IT IS** on this ___5th___ day of ___April___, 2018;

**ORDERED** that Defendant's Motion to Voluntary Dismiss this case is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that copies of this Order be served upon all parties in the time period prescribed by the Rules of the Court.

_____
Hon. Cathy L. Waldor, J.S.C.